**Order entered October 9, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00880-CV

## IN RE CONNIE AND ALEXANDER PRITCHARD, Relators

**Original Proceeding from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-19-1214**

## ORDER
Before Justices Myers, Molberg, and Evans

Before the Court is relators' October 6, 2020 "Emergency Request for Issuance of a Writ of Supervision and Emergency Motion for a Protective Court Order" with a "Motion for Invocation of Joint Judicial Jurisdiction, Oversight, and Custody of the Child." We construe relators' filing as a combined petition for writ of mandamus and emergency motion. We **DENY** the motion for emergency relief, including relators' request for this Court to stay the subject child's October 10,

2020 overnight visit with his parents.  The request for mandamus relief remains pending.

/s/  DAVID EVANS
JUSTICE